UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CEDRIC T GREEN,

        Plaintiff,

  v.

R J SUBIA et al,

        Defendant.

Case Number: CV07-02474 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 8, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cedric T. Green  
Mule Creek State Prison  
B-10-143-L  
K-93505  
P.O. Box 409000  
Ione, CA 95640

Dated: June 8, 2007

Richard W. Wieking, Clerk  
By: R.B. Espinosa, Deputy Clerk